IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. 5:96CV80 |
| | ) | (Financial Litigation Unit) |
| RONDA J. HOLBROOK, | ) | |
|     Defendant. | ) | |
| and | ) | |
| | ) | |
| WESTMINISTER NURSING CENTER, INC., | ) | |
|     Garnishee. | ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Ronda J. Holbrook on July 2, 2003 is DISMISSED.

    SO ORDERED.

Signed: July 6, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge